14 So.2d 914

**Tom MASSEY v. STATE.**

7 Div. 737.

Court of Appeals of Alabama.
June 1, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

18 So.2d 118

**Ben MATHIS (alias Matthews, &c.) v. STATE.**

4 Div. 834.

Court of Appeals of Alabama.
April 11, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

17 So.2d 187

**Earnest MATTHIAS v. STATE.**

8 Div. 393.

Court of Appeals of Alabama.
Jan. 11, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed, motion of appellant.

15 So.2d 923

**J. C. MAYO v. STATE.**

4 Div. 809.

Court of Appeals of Alabama.
Nov. 16, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

15 So.2d 924

**J. L. (alias Luvene, alias Luvenie) MEDDERS v. STATE.**

2 Div. 718.

Court of Appeals of Alabama.
Nov. 16, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

19 So.2d 854

**Walter METCALF, alias v. STATE.**

8 Div. 443.

Court of Appeals of Alabama.
Oct. 31, 1944.

R. L. Almon, of Moulton, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.